UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | CRIMINAL NO. |
| v. | | |
| EDUARDO JOEL CIPRIAN | | |



United States Courts
Southern District of Texas
FILED

OCT 0 6 2020  BM

David J. Bradley, Clerk
Laredo Division

INDICTMENT       L-20-1808 DS

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about **June 9, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

EDUARDO JOEL CIPRIAN,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger Model P95DC nine-millimeter handgun, serial number 311-13361, and the firearm was shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about **June 9, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

EDUARDO JOEL CIPRIAN,

did knowingly and with reckless disregard for the safety of another discharge a firearm, that is, a Ruger, Model P95DC, nine-millimeter handgun, serial number 311-13361, that had moved in interstate commerce, within a distance of 1,000 feet of the grounds of J.W. Nixon High School, a

place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Sections 922(q)(3)(A) and 924(a)(4).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 922(g)
### Count One

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

### EDUARDO JOEL CIPRIAN,

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to:

- a Ruger Model P95DC nine-millimeter handgun, serial number 311-13361, and
- 35 rounds of Remington nine-millimeter ammunition.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*David Fawcett*
David Fawcett
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET** NO. L-20-1808

<u>LAREDO</u>  DIVISION

FILE: 20-11239
<u>INDICTMENT</u>   Filed: <u>October 6, 2020</u>   Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>RYAN K. PATRICK, USA</u>
VS.    <u>DAVID FAWCETT, AUSA</u>

**EDUARDO JOEL CIPRIAN**

**CHARGE:**
Count 1:    Possession of Firearm by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year [18 USC 922(g)(1), 924(a)(2)]
Count 2:    Possession of Firearm in a School Zone [18 USC 922(q)(2)(A) and 924(a)(4)]

Notice of Forfeiture

**TOTAL COUNTS: 2**

**PENALTY:**
Ct. 1:  0 to 10 years and/or $250,000 Fine, $100 special assessment,
        Not more than a three (3)-year term of supervised release
Ct. 2:  Not more than 5 years imprisonment and/or $100,000 Fine, $100 special assessment,
        Not more than a three (3) year term of supervised release
        (consecutive to any punishment assessed in Count One)

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: